Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Michele Beal Bagneris, City Attorney (SBN: 115423)
mbagneris@cityofpasadena.net
Hugh Halford, Assistant City Attorney (SBN: 113359)
hhalford@cityofpasadena.net
100 N. Garfield Avenue, Room N-210
PO BOX 7115
Pasadena, CA  91109
Telephone: (626) 744-4141
Facsimile: (626) 744-4190

Attorneys for Defendants
CITY OF PASADENA, PASADENA POLICE CHIEF PHILLIP SANCHEZ, OFFICER MATTHEW GRIFFIN, OFFICER JEFFREY NEWLEN and DET. KEITH GOMEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH McDADE, ANYA SLAUGHTER, and THE ESTATE OF KENDREC McDADE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PASADENA, PASADENA POLICE CHIEF PHILLIP SANCHEZ, LT. PHLUNTE RIDDLE, OFFICER MATHEW GRIFFIN #3135, OFFICER JEFFREY NEWLEN #6113, DET. KEITH GOMEZ #3196, and individually and in their official capacity and DOES 1-10 inclusive,<br><br>Defendants. | Case No:  CV12-02892 DMG (JCGx)<br><br>**NOTICE OF ERRATA RE: DEFENDANTS' MOTION FOR PROTECTIVE ORDER (DOCKET 75) AND WITHDRAWAL OF MOTION DUE TO REASSIGNMENT** |

1  Defendants CITY OF PASADENA, PASADENA POLICE CHIEF PHILLIP SANCHEZ, OFFICER MATTHEW GRIFFIN, OFFICER JEFFREY NEWLEN and DET. KEITH GOMEZ (hereinafter "Defendants") file this Errata regarding the Motion for Protective Order filed January 9, 2013 at Docket 75.  Defendants mistakenly filed the Joint Stipulation under the Motion selection instead of as a separate filing or attachment to the Motion.

Defendants hereby withdraw their Motion to Compel scheduled for January 30, 2013 before Magistrate Judge Olguin due to the Court's reassignment of this case to Magistrate Judge Gandhi.  Defendants will refile their Motion to Compel to be heard before Judge Gandhi.

Dated:  January 10, 2013          Respectfully submitted,

                                   MEYERS, NAVE, RIBACK, SILVER & WILSON


                                   By:        /s/   Kevin E. Gilbert
                                        Kevin E. Gilbert
                                        Attorney for Defendants
                                        CITY OF PASADENA, PASADENA POLICE
                                        CHIEF PHILLIP SANCHEZ, OFFICER
                                        MATTHEW GRIFFIN, OFFICER JEFFREY
                                        NEWLEN and DET. KEITH GOMEZ

2027529.1

1

Notice of Errata Re: Defs' Motion for Protective Order (Docket 75) and Withdrawal of Motion Due to Reassignment [CV12-02892 DMG (JCGx)]