JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH McDADE, ANYA SLAUGHTER, and THE ESTATE OF KENDREC McDADE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PASADENA, PASADENA POLICE CHIEF PHILLIP SANCHEZ, LT. PHLUNTE RIDDLE, OFFICER MATHEW GRIFFIN #3135, OFFICER JEFFREY NEWLEN #6113, DET. KEITH GOMEZ #3196, and individually and in their official capacity and DOES 1-10 inclusive,<br><br>Defendants. | Case No: CV12-02892 DMG (JCGx)<br><br>**ORDER RE STIPULATED REQUEST FOR DISMISSAL [240]** |

Having read and considered the parties' stipulation, and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED that Plaintiff Kenneth McDade's claims are dismissed with prejudice pursuant to the terms of the parties' Settlement Agreement and Release.

**IT IS SO ORDERED.**

DATED: June 20, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE